■ DYNAMICS CORPORATION OF AMERICA v. 912 REALTY CORPORATION and GREATER NEW YORK INDUSTRIES, INC.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Frank and Valente, JJ.

■ In the Matter of the Accounting of MELITA R. MENZEL, as Executrix of ERNEST SUNDAY, Deceased, Appellant. MATILDA SUNDAY, Respondent.— Motion for leave to reargue denied, with $10 costs. Concur — Rabin, J. P., Frank, Valente, McNally and Stevens, JJ.

■ LEO AMKRAUT v. ROANOKE GARMENT CO., INC.— Motion for leave to reargue denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, McNally and Stevens, JJ.

■ LEO HESS INTERNATIONAL CORPORATION v. ISTHMIAN STEAMSHIP COMPANY.—Motion for leave to reargue or, in the alternative, for leave to appeal in the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank, Valente and McNally, JJ.

■ TRANSPACIFIC STEAMSHIP COMPANY, INC. v. MARINE OFFICE OF AMERICA.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Frank, Valente and Stevens, JJ.

■ TRANSPACIFIC STEAMSHIP COMPANY, INC. v. MARINE OFFICE OF AMERICA.— Motion for stay denied, with $10 costs. The time of defendant to answer the fourth amended complaint is extended until 10 days after the date of the entry of the order herein. Concur — Botein, P. J., Breitel, Frank, Valente and Stevens, JJ.

■ BALKAN DEMOLITION CO., INC. v. YORKSHIRE INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Motion for an extension of time to answer granted. Settle order. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DAVID O'DONNELL, against HENRY J. NOBLE, as Warden of the New York City Penitentiary.— Motion to dismiss appeal granted and the cross motion for leave to appeal in forma pauperis is denied in all respects. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.

■ In the Matter of BURTON BACH against ANNA M. KROSS, as Commissioner of the Department of Correction of the City of New York, et al.— Motion for resettlement denied. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ RALPH E. MARSON v. GLORIA S. MARSON et al.— Motion for stay denied. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

## (April 17, 1958)

■ THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD GREEN.— Motion for reargument denied. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ ERNEST W. KASSIB, Doing Business as KASSAB AND COMPANY v. ARCO COMPANY.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ WILLIAM KRIGER et al., v. INDUSTRIAL REHABILITATION CORPORATION et al.— Motion to dismiss appeal from orders of August 20, 1957 and November 21, 1957 granted, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, Frank and Bastow, JJ.

■ In the Matter of the Application of NATHAN ABRAMOWITZ, for Reinstatement to the Bar.— Motion denied in all respects. Concur — Breitel, J. P., Rabin, Frank, Valente and Stevens, JJ.